

No. 12–0015/AR.  U.S. v. Marvin C. Simpson.  CCA 20091039.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 7, 2011*, and *absent extraordinary circumstances, no further extension of time ill be granted in this case*.

No. 12–0066/AF.  U.S. v. Charles W. Caley, Jr.  CCA 37573.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 20, 2011.

Tuesday, October 4, 2011

No. 11–0389/AR.  U.S. v. Kenneth L. Goodman.  CCA 20090083.

In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above cases, and that Senior Judge Effron has consented to perform judicial duties in the cases under Article 142(e)(1) (A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e) (1)(A) (ii)(2006).

No. 11–5003/NA.  U.S. v. Thomas J. Hayes.  CCA 201000366.

In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox, III to perform judicial duties in the above cases, and that Senior Judge Cox has consented to perform judicial duties in the cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).